**Opinion issued December 7, 2023**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-23-00326-CV

———————————

## IN RE MOHAMED LAHAM, Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Relator, Mohamed Laham, filed a petition for a writ of mandamus, challenging the trial court's May 2, 2023 order denying relator's "Motion Requesting Administrative Closure of Case for Lack of Jurisdiction." In his mandamus petition, relator argued that the trial court abused its discretion by denying his request for administrative closure of the underlying cause because on January 28, 2023, the trial court entered an "Order of Partial Dismissal." Relator further argued that this amounted to a final, appealable order because, although the

order stated that it was a "partial dismissal" and it only dismissed the claims of a single defendant, the trial court's order also included "finality language." In his mandamus petition, relator requested that the Court grant his petition for writ of mandamus and direct the trial court "to take no further action in [the underlying cause] as it pertains to [r]elator other than directing the Harris County District Clerk to close the case administratively."[1]

We deny relator's petition for writ of mandamus. *See* TEX. R. APP. P. 52.8(a). Any pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Kelly, Hightower, and Guerra.

---

[1] The underlying case is *Lydia Diaz v. Manel Chamsine, Luis A. Curbelo-Diaz, and Mohamed Laham*, Cause No. 2022-40002, in the 270th District Court of Harris County, Texas, the Honorable Dedra Davis presiding.